JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUVF-ESPLANADE, LLC,<br>    Plaintiff,<br><br>           v.<br><br>SEN FITNESS GROUP,<br>    Defendant. | 2:25-cv-03131-DSF-MBKx<br><br>Order REMANDING Case to State Court |

      Defendant has removed this unlawful detainer case from state court on the basis of federal question jurisdiction. Defendant claims that certain alleged protections of the federal CARES Act and the federal Fair Housing Act apply to the lease that is the subject of the unlawful detainer action. Even if the cited provisions were to apply to the commercial lease in question, they, at best, provide potential defenses to Plaintiff's claims. However, federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. <u>Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc.</u>, 535 U.S. 826, 830-32 (2002).

     The case is REMANDED to the Superior Court of California, County of Ventura.

     IT IS SO ORDERED.

Date: April 14, 2025

                                       *Dale S. Fischer*
                                       The Honorable Dale S. Fischer
                                       United States District Judge